FORM NO. 2 (LF002)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

_____

In re:  Case No.: **12-26614-DSK**
   **BRENDA FAYE STANDBACK.**  Chapter 13
   Debtor(s).

_____

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) | S.S.# |
| | (W) **BRENDA FAYE STANDBACK** S.S.# XXX-XX-**8587** | |
| ADDRESS: | **4044 Friendship Lane** | |
| | **Memphis, TN 38115** | |
| PLAN PAYMENT: | Debtor(s) to pay **$ 725.00** (Every Two Weeks) | |
| PAYROLL DEDUCTION | **Federal Express** OR ( ) | |
| | **Attn.: Payroll Department** | |
| | **5025 Tuggle Road** BECAUSE: | |
| | **Memphis, TN 38109** FIRST PAYMENT DATE: **07/15/12** | |
| PLACE OF EMPLOYMENT: | **Federal Express** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

AUTO INSURANCE:  ( )Not included in Plan   ( ) Included in Plan   $_____
CHILD SUPPORT:   Future support through Plan to _____   $_____
                 Child support arrearage amount _____   $_____
PRIORITY CREDITOR: _____   $_____
HOME MORTGAGE:   If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**American Home Mortgage**   ongoing pmt. begin **September 1, 2012**   $ **1,266.00**
                 Approx. arrearage **$ 7,500.00**   Interest ____%   $ **12500**

**Wyrhsr Mtg/Select Portfolio**   ongoing pmt. begin **September 1, 2012**   $ **125.00**
                 Approx. arrearage $ **986.00**   Interest ____%   $ **100.00**

SECURED CREDITORS:   VALUE   RATE OF   MONTHLY
(retain lien 11 U.S.C. § 1325{a}{5})   COLLATERAL   INTEREST   PLAN PMT.
   $_____   ____%   $_____
   $_____   ____%   $_____

UNSECURED CREDITORS:   Pay **TBD** % of these claims after above claims are paid or pay all disposable income for term of plan;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$ 6,268.00**
TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.
**\*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.**
**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.**
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive **TBD** %

**DEBTOR'S ATTORNEY:JEROME C. PAYNE {016243}**
**PAYNE LAW FIRM**
**5501 Winchester Road, Suite 2**
**Memphis, TN 38115**
**(901) 794-0884 phone   (901) 433-0490 fax**
**jerpayne@hotmail.com**