# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

_____

IN RE:

BRENDA FAYE STANDBACK            CASE NO. <u>12-26614-DSK</u>
                                                        CHAPTER 13

_____

## MOTION TO DELETE CREDITOR (SELECT PORTFOLIO SERVICES), REDUCE PLAN PAYMENTS

_____

**COMES NOW, BRENDA FAYE STANDBACK,** Debtor, and moves this Court for entry of an Order Deleting Creditor (Select Portfolio Services) from debtor's plan, and Reduce Plan Payments accordingly, and states as following:

1  That the debtor and her sister are listed on the property being serviced by Select Portfolio Services as Joint Owners.

2  That the Debtor petitions the Court to allow her to delete the claim of Select Portfolio Services Citizens from her plan because the mortgage on this property is being paid outside of her plan. By bank draft from her sister's account.

3.  That the Debtor has provided documentation that confirms that the account is being serviced by bank draft petitions that the Creditor, CITIZENS AUTO FINANCE'S, lien be satisfied with proceeds from her sister's account at First Tennessee Bank and therefore, should be deleted from Debtor's plan.

4.  That because this additional amount of money has been coming out of the Debtor's paycheck, she has been unable to meet her ongoing monthly obligations .

**WHEREFORE, premises considered, Debtor prays:**

1.  That this Honorable Court set a hearing for this matter and after a hearing enter an Order allowing the Deletion of Creditor (Select Portfolio Services).

2. That the Court reduce Debtor's plan payments accordingly.

3. That the Trustee adjust the Debtor's plan to comply with the terms of this Motion.

4. For such other and further relief as this Court deems proper.

Respectfully submitted,

**/s/ Jerome C. Payne**
Jerome C. Payne ( 016243)
Attorney for Debtor
5501 Winchester Road, Suite 2
Memphis, TN 38115
(901) 794-0884 phone (901) 433-0490 fax
jerpayne@hotmail.com

## CERTIFICATE OF SERVICE

I, Jerome C. Payne, hereby certify that I have mailed a copy of the foregoing document via U.S. Mail, postage pre-paid and/or electronic mail, on this the **14th** day of **December,** 2012, to the parties listed below:

**/s/ Jerome C. Payne**
**Jerome C. Payne**

Debtor
Debtor's Attorney
Trustee
Creditor's Attorney